# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tasha N., *as parent and natural guardian of T.N.*,[1] | Civ. No. 23-2861 (JWB/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Martin J. O'Malley, *Commissioner of Social Security Administration*, | |
| Defendant. | |

James H. Greeman, Esq., Greeman Toomey, counsel for Plaintiff.

Ana H. Voss, Esq., United States Attorney's Office; James Potter, Esq., Sophie Doroba, Esq., and James D. Sides, Esq., Social Security Administration, counsel for Defendant.

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on June 10, 2024. (Doc. No. 35.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The June 10, 2024 R&R (Doc. No. 35) is **ACCEPTED**;

2. Plaintiff's Motion for Attorney's Fees (Doc. No. 28) is **GRANTED** and

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals.

Plaintiff is awarded **$6,859.13** for reasonable attorney's fees under the Equal Access to Justice Act ("EAJA"); and

3. In accordance with the EAJA and *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee award be payable to Plaintiff as the litigant and subject to offset to satisfy any preexisting debts that the litigant may owe to the United States.

Date: July 9, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge